## THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| PETER D. KINDER,<br>MISSOURI LIEUTENANT GOVERNOR, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Cause No: 1:10-cv-00101-RWS |
| v. | ) | |
| | ) | |
| TIMOTHY F. GEITHNER,<br>SECRETARY OF TREASURY, et al.. | ) | |
| | ) | |
| Defendants. | ) | |

### AFFIDAVIT OF MARK F. (THOR) HEARNE, II
### AFFIRMING SERVICE OF PROCESS UPON DEFENDANTS

I, Mark F. (Thor) Hearne, II, am over the age of eighteen (18) years, of sound mind and capacity, and I make this Affidavit on the basis of my personal knowledge.

1.      Pursuant to FRCP 4(i)(l)(A)(i), on July 13, 2010, I caused to be delivered by the U.S. Post Office via certified mail return receipt requested to the Department of Health and Human Services a copy of the Summons and Complaint in this case.  A true and accurate copy of the return receipt is attached as "Exhibit A."

2.      Pursuant to FRCP 4(i)(l)(A)(i), on July 13, 2010, I caused to be delivered by the U.S. Post Office via certified mail return receipt requested to Kathleen Sebelius, Secretary of the Department of Health and Human Services, a copy of the Summons and Complaint in this case. A true and accurate copy of the return receipt is attached as "Exhibit B."

3.      Pursuant to FRCP 4(i)(l)(A)(i), on July 13, 2010, I caused to be delivered by the U.S. Post Office via certified mail return receipt requested to Hilda L. Solis, Secretary of the

Department of Labor, a copy of the Summons and Complaint in this case. A true and accurate copy of the return receipt is attached as "Exhibit C."

4. Pursuant to FRCP 4(i)(l)(A)(i), on July 15, 2010, I caused to be delivered by the U.S. Post Office via certified mail return receipt requested to the Department of Labor a copy of the Summons and Complaint in this case. A true and accurate copy of the return receipt is attached as "Exhibit D."

5. Pursuant to FRCP 4(i)(l)(A)(i), on July 15, 2010, I caused to be delivered by the U.S. Post Office via certified mail return receipt requested to the U.S. Attorney's Office a copy of the Summons and Complaint in this case. A true and accurate copy of the return receipt is attached as "Exhibit E."

6. Pursuant to FRCP 4(i)(l)(A)(i), on July 15, 2010, I caused to be delivered by the U.S. Post Office via certified mail return receipt requested to the Department of Justice a copy of the Summons and Complaint in this case. A true and accurate copy of the return receipt is attached as "Exhibit F."

7. Pursuant to FRCP 4(i)(l)(A)(i), on July 15, 2010, I caused to be delivered by the U.S. Post Office via certified mail return receipt requested to Eric H. Holder, Jr., Attorney General, a copy of the Summons and Complaint in this case. A true and accurate copy of the return receipt is attached as "Exhibit G."

8. Pursuant to FRCP 4(i)(l)(A)(i), on July 21, 2010, I caused to be delivered by the U.S. Post Office via certified mail return receipt requested to Timothy F. Geithner, Secretary of Treasury, a copy of the Summons and Complaint in this case. A true and accurate copy of the return receipt is attached as "Exhibit H."

9.      Pursuant to FRCP 4(i)(l)(A)(i), on August 25, 2010, I caused to be delivered by the U.S. Post Office via certified mail return receipt requested to the Department of Health and Human Services a copy of the Summons and Amended Complaint in this case.  A true and accurate copy of the return receipt is attached as "Exhibit I."

10.      Pursuant to FRCP 4(i)(l)(A)(i), on August 25, 2010, I caused to be delivered by the U.S. Post Office via certified mail return receipt requested to the Department of Labor a copy of the Summons and Amended Complaint in this case.  A true and accurate copy of the return receipt is attached as "Exhibit J."

11.      Pursuant to FRCP 4(i)(l)(A)(i), on August 26, 2010, I caused to be delivered by the U.S. Post Office via certified mail return receipt requested to Kathleen Sebelius, Secretary of the Department of Health and Human Services, a copy of the Summons and Amended Complaint in this case.  A true and accurate copy of the return receipt is attached as "Exhibit K."

12.      Pursuant to FRCP 4(i)(l)(A)(i), on August 26, 2010, I caused to be delivered by the U.S. Post Office via certified mail return receipt requested to Hilda L. Solis, Secretary of the Department of Labor, a copy of the Summons and Amended Complaint in this case.  A true and accurate copy of the return receipt is attached as "Exhibit L."

13.      Pursuant to FRCP 4(i)(l)(A)(i), on August 27, 2010, I caused to be delivered by the U.S. Post Office via certified mail return receipt requested to the Eric H. Holder, Jr., Attorney General, a copy of the Summons and Amended Complaint in this case.  A true and accurate copy of the return receipt is attached as "Exhibit M."

14.      Pursuant to FRCP 4(i)(l)(A)(i), on August 27, 2010, I caused to be delivered by the U.S. Post Office via certified mail return receipt requested to the Department of Justice a

copy of the Summons and Amended Complaint in this case.  A true and accurate copy of the return receipt is attached as "Exhibit N."

15.     Pursuant to FRCP 4(i)(l)(A)(i), on September 9, 2010, I caused to be delivered by the U.S. Post Office via certified mail return receipt requested to Timothy F. Geithner, Secretary of Treasury, a copy of the Summons and Amended Complaint in this case.  A true and accurate copy of the return receipt is attached as "Exhibit O."

16.     Pursuant to FRCP 4(i)(l)(A)(i), on September 9, 2010, I caused to be delivered by the U.S. Post Office via certified mail return receipt requested to the Department of Treasury a copy of the Summons and Amended Complaint in this case.  A true and accurate copy of the return receipt is attached as "Exhibit P."

I swear and affirm the foregoing statements are true and accurate to the best of my knowledge and belief, subscribed and sworn to before me, a Notary Public within and for said county and state, this 10th day of November, 2010.

_____
Mark F. (Thor) Hearne, II

Notary Public: _____
My Commission Expires:
January 8, 2012

4

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Department of Health & Human Services
200 Independence Avenue, SW
Washington, DC 20201

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____

☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Lawrence    7-13-10

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
*(Transfer from service label)*    7007 0220 0000 4373 2689

PS Form **3811**, February 2004    Domestic Return Receipt    102595-02-M-1540

**Exhibit A**

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kathleen Sebelius
Secretary of HHS
U.S. Department of Health &
Human Services
200 Independence Avenue, SW
Washington, DC  20201

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____    ☐ Agent
                   ☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery

   LAWRENCE                          7-13-10

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*           ☐ Yes

2. Article Number
   *(Transfer from service label)*

PS Form **3811**, February 2004        Domestic Return Receipt        102595-02-M-1540

**Exhibit B**

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Fields_ □ Agent  □ Addressee<br>B. Received by *(Printed Name)*    C. Date of Delivery<br>_Fields_    7/13/10 |
| 1. Article Addressed to:<br><br>Hilda L. Solis<br>Secretary of Labor<br>U.S. Department of Labor<br>200 Constitution Avenue, NW<br>Washington, DC  20210 | D. Is delivery address different from item 1?  □ Yes<br>If YES, enter delivery address below:  □ No |
|  | 3. Service Type<br>☑ Certified Mail  □ Express Mail<br>□ Registered  □ Return Receipt for Merchandise<br>□ Insured Mail  □ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*  □ Yes |
| 2. Article Number<br>*(Transfer from service label)*  7007 0220 0000 4373 2627 | |

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

**Exhibit C**

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee |
| | B. Received by ( *Printed Name* )    C. Date of Delivery |
| 1. Article Addressed to:<br><br>    U.S. Department of Labor<br>  200 Constitution Avenue, NW<br>    Washington, DC  20210 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. |
| | 4. Restricted Delivery? *(Extra Fee)*    ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)* | 7007 0220 0000 4373 2641 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

**Exhibit D**

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney's Office
ATTN: Ronald C. Machen
Judiciary Center Builing
555 Fourth Street, NW
Washington, D.C. 20530

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X

☐ Agent
☐ Addressee

B. Received by ( *Printed Name* )

C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

JUL 15 2010

3. Service Type
☑ Certified Mail     ☐ Express Mail
☐ Registered         ☐ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*     ☐ Yes

2. Article Number
   *(Transfer from service label)*

7007 0220 0000 4373 2603

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

**Exhibit E**

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by ( *Printed Name* )   C. Date of Delivery |
| 1. Article Addressed to:<br><br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC  20530-0001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>JUL 15 2010 |
| | 3. Service Type<br>☑ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*) ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7007 0220 0000 4373 2634 |

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

**Exhibit F**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Eric H. Holder, Jr.
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by ( Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

JUL 15

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)       7007 0220 0000 4373 2665

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

**Exhibit G**

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *M. Middleton*  ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)  JUL 21 2010  C. Date of Delivery |
| 1. Article Addressed to:<br><br>Timothy F. Geithner<br>Secretary of Treasury<br>U.S. Department of the Treasury<br>1500 Pennsylvania Avenue, NW<br>Washington, D.C.  20220 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7007 0220 0000 4373 2658 |

PS Form 3811, February 2004     Domestic Return Receipt                     102595-02-M-1540

**Exhibit H**

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Dept. of Health & Human Services
200 Independence Avenue, SW
Washington, DC  20201

700-E

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X Dora Ricks
☐ Agent
☐ Addressee

B. Received by ( *Printed Name* )

Dora Ricks

C. Date of Delivery

8-25-10

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

2. Article Number
(Transfer from service label)

7005 0390 0002 5293 1422

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

# Exhibit I



Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 0390 0002 5293 1460**
Status: **Delivered**

Your item was delivered at 11:06 am on August 25, 2010 in
WASHINGTON, DC 20210. A proof of delivery record may be available
through your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > )  (?)   ( Return to USPS.com Home > )

Track & Confirm
Enter Label/Receipt Number.

( Go > )

---

Site Map      Customer Service      Forms      Gov't Services      Careers      Privacy Policy      Terms of Use      Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.       No FEAR Act EEO Data       FOIA

---

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)  *Edward D. Sieger*   C. Date of Delivery |
| 1. Article Addressed to:<br><br>U.S. Department of Labor<br>200 Constitution Avenue, NW<br>Washington, DC  20210 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7005 0390 0002 5293 1460 |

PS Form **3811**, February 2004          Domestic Return Receipt          102595-02-M-1540

# Exhibit J

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signature)_ ☐ Agent ☐ Addressee<br>B. Received by (*Printed Name*)  _ANDRSNA_    C. Date of Delivery  8-26-10 |
| 1. Article Addressed to:<br><br>Kathleen Sebelius<br>Secretary of HHS<br>U.S. Dept. of Health & Human Services<br>200 Independence Avenue, SW<br>Washington, DC  20201 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>   (*Transfer from service label*) | 7002 0860 0000 1050 5633 |

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

**Exhibit K**

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hilda L. Solis
Secretary of Labor
U.S. Department of Labor
200 Constitution Avenue, NW
Washington, DC  20210

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _Boeler_    ☐ Agent
             ☐ Addressee

B. Received by ( *Printed Name* )    C. Date of Delivery
K BOOKFER                            8/26/10

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? ( *Extra Fee* )    ☐ Yes

2. Article Number    7005 0390 0002 5293 1453
   (Transfer from service label)

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

**Exhibit L**

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Eric H. Holder, Jr.
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X

☐ Agent
☐ Addressee

B. Received by ( *Printed Name* )

AUG 2 7 2010

C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☑ Certified Mail      ☐ Express Mail
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*      ☐ Yes

2. Article Number
   *(Transfer from service label)*

7002 2410 0006 1323 8887

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

**Exhibit M**

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* AUG 27 2010     C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number
   *(Transfer from service label)*
   7002 2410 0006 1323 8894

PS Form 3811, February 2004         Domestic Return Receipt         102595-02-M-1540

**Exhibit N**

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *A. Miller*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  SEP 0 9 2010   C. Date of Delivery |
| 1. Article Addressed to:<br>Timothy F. Geithner<br>Secretary of Treasury<br>U.S. Department of the Treasury<br>1500 Pennsylvania Avenue, NW<br>Washington, D.C.  20220 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 0390 0002 5293 1439 |

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

**Exhibit O**

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ___*M Miller*___ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) SEP 0 9 2010  C. Date of Delivery |
| 1. Article Addressed to:<br><br>U.S. Department of the Treasury<br>1500 Pennsylvania Avenue, NW<br>Washington, D.C.  20220 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*   ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)* | |

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

**Exhibit P**