THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| PETER D. KINDER, <br> MISSOURI LIEUTENANT GOVERNOR, et al., <br>    Plaintiffs, <br> v. <br> TIMOTHY F. GEITHNER, <br> SECRETARY OF TREASURY, et al.. <br>    Defendants. | Cause No: 1:10-cv-00101-RWS |

## NOTICE OF FILING PROOF OF SERVICE

  Plaintiffs, pursuant to Fed. R. Civ. P. 4(l), hereby file a Proof of Service showing service upon Richard G. Callahan, U.S. Attorney for the Eastern District of Missouri, by special process server on November 16, 2010.  A copy of the Proof of Service is attached as Exhibit A.

November 17, 2010            **ARENT FOX, LLP**

                  /s/ Mark F. ("Thor") Hearne, II
                  Mark F. ("Thor") Hearne, II
                  Lindsay S.C. Brinton
                  112 South Hanley Road, Suite 200
                  Clayton, MO  63105
                  Phone: (314) 721-0219
                  Fax:    (202) 857-6395
                  thornet@ix.netcom.com
                  brinton.lindsay@arentfox.com

                  1050 Connecticut Avenue, NW
                  Washington, DC 20036-5339
                  Phone: (202) 857-6000

LDR/312255.1

        Robert C. O'Brien
        Steven A. Haskins
        555 West Fifth Street, 48th Floor
        Los Angeles, CA  90013
        Phone: (213) 629-7400
        Fax:    (213) 629-7401
        obrien.robert@arentfox.com
        haskins.steven@arentfox.com

        ***Attorneys for Plaintiffs***

LDR/312255.1