AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:10-cv-00101

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* RICHARD G. CALLAHAN UNITED STATES ATTORNEY FOR THE EASTERN DISTRICT OF MISSOURI
was received by me on *(date)* November 16, 2010

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* RICHARD G. CALLAHAN C/O SAM CATANZARO who is designated by law to accept service of process on behalf of *(name of organization)* UNITED STATES ATTORNEY'S OFFICE - EASTERN DISTRICT on *(date)* Nov. 16, 2010 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 100.00 for travel and $ — for services, for a total of $ 100.00

I declare under penalty of perjury that this information is true.

Date: Nov. 16, 2010

*Server's signature*

TIM MOORE, SPECIAL PROCESS SERVER LIC 329
*Printed name and title*

6614 CLAYTON RD. STE 311 ST LOUIS MO. 63117
*Server's address*

Additional information regarding attempted service, etc:

Exhibit A