THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| PETER D. KINDER,<br>MISSOURI LIEUTENANT GOVERNOR, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TIMOTHY F. GEITHNER,<br>SECRETARY OF TREASURY, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)  Cause No: 1:10-cv-00101-RWS<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SUPPLEMENTAL AUTHORITY

   Come now Plaintiffs and notify this Court of the decision by the United States District Court of Appeals for Northern District of Florida in *State of Florida et al. v. United States Department of Health and Human Services et al.*, Case No. 3:10-cv-91-RV/EMT, issued January 31, 2011. A copy of the Florida District Court's ruling is attached as Exhibit A. The ruling is directly on point to the issues currently pending before this Court, including the Constitutionality of the "Patient Protection and Affordable Care Act," Pub. L. No. 111-148, 124 Stat. 119 (2010), as amended by the Health Care and Education Reconciliation Act of 2010, Pub. L. No. 111-152, 124 Stat. 1029 (2010). Accordingly, Plaintiffs hereby notify this Court and Defendants of this case as supplemental authority in support of Plaintiffs' position.

February 4, 2010                             **ARENT FOX, LLP**

                                             /s/ Mark F. ("Thor") Hearne, II
                                             Mark F. ("Thor") Hearne, II
                                             Lindsay S.C. Brinton
                                             Phone: (314) 721-0219
                                             Fax:   (202) 857-6395
                                             thornet@ix.netcom.com
                                             brinton.lindsay@arentfox.com

LDR/321588.1

        1050 Connecticut Avenue, NW
        Washington, DC 20036-5339
        Phone: (202) 857-6000

        Robert C. O'Brien
        Steven A. Haskins
        555 West Fifth Street, 48th Floor
        Los Angeles, CA  90013
        Phone: (213) 629-7400
        Fax:    (213) 629-7401
        obrien.robert@arentfox.com
        haskins.steven@arentfox.com

        ***Attorneys for Plaintiffs***

LDR/321588.1