THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| PETER D. KINDER, <br> MISSOURI LIEUTENANT GOVERNOR, et al., <br> <br> Plaintiffs, <br> <br> v. <br> <br> TIMOTHY F. GEITHNER, <br> SECRETARY OF TREASURY, et al.. <br> <br> Defendants. | Cause No: 1:10-cv-00101-RWS |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs in the above-captioned case, Peter D. Kinder, *et al.*, hereby appeal to the United States Court of Appeals for the Eighth Circuit from the Order and Judgment entered April 26, 2011, granting Defendant's Motion to Dismiss (Dkt. 37 and 38).[1]

April 29, 2011

**ARENT FOX, LLP**
/s/ Mark F. ("Thor") Hearne, II
Mark F. ("Thor") Hearne, II, #10493
Lindsay S.C. Brinton, #4096222
Phone: (314) 721-0219
Fax:   (202) 857-6395
thornet@ix.netcom.com
brinton.lindsay@arentfox.com

1050 Connecticut Avenue, NW
Washington, DC 20036-5339
Phone: (202) 857-6000

---

[1] Plaintiffs recognize that the judgment from the Court has not yet issued. However, to ensure an expeditious appeal, pursuant to Federal Rule of Appellate Procedure 4(a)(2), Plaintiffs have elected to file their Notice of Appeal prior to the issuance of the judgment in this case.

        Robert C. O'Brien
        Steven A. Haskins
        555 West Fifth Street, 48th Floor
        Los Angeles, CA  90013
        Phone: (213) 629-7400
        Fax:    (213) 629-7401
        obrien.robert@arentfox.com
        haskins.steven@arentfox.com

        ***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

      I hereby certify that on April 29, 2011, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

Brian Kennedy
Unites States Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C.  20530
brian.kennedy@usdoj.gov

        /s/ Mark F. ("Thor") Hearne, II
        Attorney for Plaintiffs

LDR/330200.1