US Court of Appeals - Eighth Circuit
NOA Supplement

**Caption:**　　　　　　　　　　　　　　　　　　　　　　　　　　USCA#:

Kinder, et al v. Department of Treasury, et al

**Case Number:**

1:10-cv-00101-RWS

| Plaintiff: | Defendant: |
|---|---|
| **Peter Kinder, Dale Morris, Samantha Hill, Julie Keathley, (individually and as parent and guardian for), and M.K., her minor son** | **Department of Treasury, et al** |

| Attorney: | Attorney: |
|---|---|
| Mark F. Hearne , II<br>ARENT FOX LLP<br>112 South Hanley Road, Suite 200<br>Clayton, MO 63105-3418<br>314-721-0219<br>Email: thornet@ix.netcom.com<br>LEAD ATTORNEY | Brian G. Kennedy<br>U.S. DEPARTMENT OF JUSTICE<br>20 Massachusetts Avenue, NW<br>P.O. Box 883<br>Washington, DC 20044<br>202-514-3357     Fax: 202-616-8470<br>Email: brian.kennedy@usdoj.gov<br>LEAD ATTORNEY |

See docket sheet for additional attorneys.

**Court Reporter:**

None

Please return files and documents to:

THE CLERK'S OFFICE

Person to contact about the appeal::

Joyce M. Webb/244-7929

| Length of trial: | Fee: | IFP: | Pending IFP Motion: |
|---|---|---|---|
| None | Paid  - 0865-2734216 | None | None |

| Counsel: | Pending Motions: | Local Interest: | Simultaneous Release: |
|---|---|---|---|
| M. Hearne, II | None | ------------------------------- | ------------------------------- |

Criminal Cases/Prisoner Pro Se Cases Only:

Is defendant incarcerated?     Yes     No          Where:

Please list all other defendants in this case if there were multiple defendants: